# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  MICHELLE MELTON  
1155 N. KEELER AVE.  SSN-xxx-xx-7695  
CHICAGO, IL  60651

Case Number: 08-71800

Case filed on:  6/9/2008  
Plan Confirmed on:

T Transfered Case

Total funds received and disbursed pursuant to the plan: $1,200.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 036 | TRUSTEE MARILYN O MARSHALL | 1,093.66 | 1,093.66 | 1,093.66 | 0.00 |
|  | Total Administration | 1,093.66 | 1,093.66 | 1,093.66 | 0.00 |
| 000 | ROBERT J. SEMRAD & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MICHELLE MELTON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | OVERLAND BOND & INVESTMENT CORPORATION | 13,315.52 | 13,315.52 | 0.00 | 99.00 |
|  | Total Secured | 13,315.52 | 13,315.52 | 0.00 | 99.00 |
| 002 | AIS SERVICES LLC | 420.00 | 42.00 | 0.00 | 0.00 |
| 003 | JEFFERSON CAPITAL SYSTEMS, LLC | 915.98 | 91.60 | 0.00 | 0.00 |
| 004 | ASSET ACCEPTANCE CORP | 100.82 | 10.08 | 0.00 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 1,368.86 | 136.89 | 0.00 | 0.00 |
| 006 | CDA / PONTIAC | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | COMED | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | DIVERSIFIED | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | PREMIER BANKCARD/CHARTER | 354.63 | 35.46 | 0.00 | 0.00 |
| 010 | JVDB ASC | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | LOBEL FINANCIAL CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MED BUSI BUR | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | PARTNERS COL | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | PROFESSNL ACCT MGMT IN | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,444.76 | 144.48 | 0.00 | 0.00 |
| 018 | RMI/MCSI | 350.00 | 35.00 | 0.00 | 0.00 |
| 019 | SALLIE MAE 3RD PTY LSC | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | SALLIE MAE 3RD PTY LSC | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | SALLIE MAE 3RD PTY LSC | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | SALLIE MAE 3RD PTY LSC | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | SALLIE MAE 3RD PTY LSC | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | AFNI/VERIZON | 515.74 | 51.57 | 0.00 | 0.00 |
| 025 | GALWAY FINANCIAL SERVICES LLC | 445.00 | 44.50 | 0.00 | 0.00 |
| 026 | T-MOBILE | 267.16 | 26.72 | 0.00 | 0.00 |
| 027 | ASSET ACCEPTANCE CORP | 360.40 | 36.04 | 0.00 | 0.00 |
| 028 | ASSET ACCEPTANCE CORP | 2,512.07 | 251.21 | 0.00 | 0.00 |
| 029 | ASSET ACCEPTANCE CORP | 112.16 | 11.22 | 0.00 | 0.00 |
| 030 | ILLINOIS STUDENT ASSISTANCE COMM | 6,923.64 | 692.36 | 0.00 | 0.00 |
| 031 | ROUNDUP FUNDING LLC | 643.16 | 64.32 | 0.00 | 0.00 |
| 032 | ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 16,734.38 | 1,673.45 | 0.00 | 0.00 |
|  | Grand Total: | 31,143.56 | 16,082.63 | 1,093.66 | 99.00 |

Total Paid Claimant:       $1,192.66  
Trustee Allowance:         $7.34  
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Lydia S. Meyer  
　　　　　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008             By  /s/Heather M. Fagan